FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 13, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RONALD BUZZARD, JR.,<br><br>                Plaintiff,<br><br>  v.<br><br>ISRB and WA DOC,<br><br>                Defendants. | NO: 4:22-CV-05139-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is Plaintiff's Letter construed as a Motion to Withdraw Civil Rights Complaint. ECF No. 8. The Court has not ruled on Plaintiff's application to proceed *in forma pauperis,* ECF No. 5. Because Defendants have neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case. Fed. R. Civ. P. 41(a)(1)(A)(i).

**ACCORDINGLY, IT IS HEREBY ORDERED:**

ORDER OF DISMISSAL WITHOUT PREJUDICE -- 1

1    All claims and causes of action in this matter are **DIMSISSED** without

2 prejudice and without costs or fees to any party.  All pending motions are **DENIED**

3 as moot and all hearing dates shall be **STRICKEN**.

4    **IT IS SO ORDERED**.  The District Court Clerk is directed to enter this

5 Order and Judgment accordingly, provide copies to Plaintiff, and **CLOSE** the file.

6    **DATED** December 13, 2022.

7

8                                    *s/ Rosanna Malouf Peterson*
                                     ROSANNA MALOUF PETERSON
9                                     Senior United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

ORDER OF DISMISSAL WITHOUT PREJUDICE -- 2