AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

RONALD BUZZARD, JR.,

|  |  |
|---|---|
| *Plaintiff* | ) |
|  | ) |
| v. | ) |
| ISRB and WA DOC, | ) |
|  | ) |

Dec 13, 2022

SEAN F. McAVOY, CLERK

Civil Action No.   4:22-CV-05139-RMP

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:   This matter is DIMSISSED without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

This action was *(check one)*:

❑  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❑  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   ROSANNA MALOUF PETERSON

Date:  12/13/2022

CLERK OF COURT

SEAN F. McAVOY

s/ Courtney Piazza

*(By) Deputy Clerk*

Courtney Piazza